E-FILED
Wednesday, 08 March, 2006  03:01:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  05-2209 |
| v. | ) |
| | ) |
| HAROLD A. HALL, JR., and | ) |
| DENITA L. HALL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 10, 2006, the plaintiff filed a motion to dismiss Denita L. Hall as named defendant.

The plaintiff commenced this foreclosure action on September 20, 2005. Denita Hall has not been served with process. Counsel for defendant, Harold A. Hall, Jr., states that Denita Hall is no longer married to Harold A. Hall, Jr. The real estate being foreclosed upon in this proceeding is abandoned, and Denita Hall has no ownership and no possessory interest in the real estate, nor does she have any liability on the promissory note and mortgage.

Accordingly, the motion to dismiss Denita L. Hall [#6] is granted. She is dismissed from this case without prejudice.

Entered this 8th day of March, 2006.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE